IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FERMIN HEREDIA-LOPEZ, <br><br> Defendant. | 8:20CR20 <br><br> **FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 79). The Court has reviewed the record in this case and finds as follows:

1. On April 1, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 55) pursuant to 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1) and 853 and based upon defendant Fermin Heredia-Lopez ("Heredia-Lopez") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 15). Under the Preliminary Order of Forfeiture, Heredia-Lopez forfeited any interest he had in the $10,300 in United States currency seized from a residence at 96th Street in Omaha, Nebraska on January 11, 2020.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on April 2, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 78) was filed in this case on June 14, 2021.

3. The government has advised the Court that no petition has been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 79) is granted.

2. All right, title, and interest in and to the $10,300 in United States currency seized from a residence at 96th Street in Omaha, Nebraska on January 11, 2020, held by any person or entity is hereby forever barred and foreclosed.

3. The $10,300 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 16th day of June 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Court Judge