IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR20 |
| v. | |
| FERMIN HEREDIA-LOPEZ, | ORDER |
| Defendant. | |

On October 11, 2024, the Court reduced defendant Fermin Heredia-Lopez's ("Heredia-Lopez") custodial sentence from 210 months to 168 months (Filing Nos. 89, 90, 91, 92, 93). *See* 18 U.S.C. § 3582(c)(2) (permitting sentence reductions based on certain retroactive changes to a pertinent sentencing range). Before the Court is Heredia-Lopez's *pro se* motion (Filing No. 98) for a certified copy of his amended judgment (Filing No. 93). He also asks the Court to take steps to ensure the proper handling of his sentence reduction by the United States Department of Justice in Washington, D.C.

Taking the last request first, the Court notes it has twice previously denied Heredia-Lopez's similar requests for relief, explaining that this Court is not the proper forum for his request to ensure proper processing of his reduction (Filing Nos. 95, 97). That remains true, for the same reasons.

The Court can, however, provide some limited assistance with his request for a certified copy of his amended judgment. Accordingly,

IT IS ORDERED:
1. The Clerk of Court is directed to send Heredia-Lopez a letter advising him of the process and costs to obtain a certified copy of the amended judgment.
2. Heredia-Lopez's motion (Filing No. 98) is otherwise denied.

Dated this 24th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge